IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BARBARA LARSON JETT                                                         PLAINTIFF

v.                                             Case No.: 3:07CV00176 JLH

FARM BUREAU INSURANCE COMPANY                                DEFENDANT
OF ARKANSAS, INC.

## ORDER

Comes now, on this ____ day of January, 2009, the motion of plaintiff for an order to substitute counsel in the above matter. Having considered plaintiff's motion and the entire record herein, the Court doth find that plaintiff's motion is well taken.

**IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED** that Michael D. Snell, of the law firm of Rieves, Rubens & Mayton, shall be substituted as counsel of record for plaintiff Barbara Larson Jett in the above matter.

**IT IS SO ORDERED** this ____ day of January, 2009

_____
The Honorable J. Leon Holmes
District Judge