IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BARBARA LARSON JETT                                                                                     PLAINTIFF

V.                                            NO.  3:07cv00176 JLH

FARM BUREAU MUTUAL INSURANCE                                                          DEFENDANT
COMPANY OF ARKANSAS, INC.

## ORDER

This case has been referred to me for the purpose of conducting a settlement conference (doc. 24).  I have a close family relationship with the vice president of Arkansas Farm Bureau, which owns the defendant insurance company.  He is also on the Board of the insurance company.  Therefore, I must recuse and direct that the Clerk reassign this case to another Magistrate Judge.

IT IS SO ORDERED this 11th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE