# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

BARBARA LARSON JETT                                                                                      PLAINTIFF

vs.                                            NO. 3:07CV00176 JLH

FARM BUREAU MUTUAL INSURANCE
COMPANY OF ARKANSAS, INC.                                                                    DEFENDANT

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 1st day of April, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE